# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:06-cr-00250-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>7) JUAN FRANCISCO VEGA-GONZALEZ, )<br>17) MARTIN ESTABAN GASTELUM-PLATA,)<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment as to the Named Defendants [Doc. 445].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 445] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendants Juan Francisco Vega-Gonzalez and Martin Estaban Gastelum-Plata.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge